UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

SARA M. STELLOH,

        Plaintiff,

        v.                                      Case No. 07-C-1029

WAUWATOSA SAVINGS BANK,

        Defendant.

---

ORDER DISAPPROVING STIPULATION AND
DENYING MOTION TO VACATE JUDGMENT

The court has considered the stipulation filed on April 20, 2010, seeking to vacate the final order and judgment in this action pursuant to Fed. R. Civ. P. 60(b)(6), and finds that such agreements are construed narrowly upon presentment of exceptional and extraordinary facts and circumstances which justify relief, as a matter of equity. *Musch v. Domtar Indus., Inc.*, 587 F.3d 857, 861 (7th Cir. 2009), *Ameritech Corp. v. Int'l Bhd. of Elec. Workers, Local 21,* 543 F.3d 414, 419 (7th Cir. 2008). However, the pending stipulation does not pass that test. Therefore,

IT IS ORDERED that the stipulation is not approved and the Rule 60(b)(6) motion to vacate (Doc. # 99) is denied.

Dated at Milwaukee, Wisconsin, this 29th day of April, 2010.

                                                    BY THE COURT

                                                   s/ C.N. Clevert, Jr.
                                                   C. N. CLEVERT, JR.
                                                   CHIEF U. S. DISTRICT JUDGE